IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KAREN K. WATSON, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:05-cv-01 |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) ) | |
| Defendant | ) | |

## **MEMORANDUM AND ORDER**

This matter was submitted to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Rule 72(b), Federal Rules of Civil Procedure, for a Report and Recommendation (R&R) regarding plaintiff's motion for summary judgment [Court File #10] and defendant's motion for summary judgment [Court File #12]. In an R&R dated October 4, 2005, the United States Magistrate Judge recommended that plaintiff's motion for summary judgment be denied and defendant's motion be granted. No timely objection to the R&R has been filed.

Upon a *de novo* review of the record in this case and the R&R, I am in agreement with the United States Magistrate Judge. Specifically, there is substantial

evidence in the record to support the conclusion that plaintiff's impairments do not meet or medically equal the listed impairments in Appendix 1, Subpart P, Regulation 4.  Accordingly, the R&R of the United States Magistrate Judge [Court File #14] is hereby ACCEPTED IN WHOLE.  Plaintiff's motion for summary judgment [Court File #10] is DENIED;  defendant's motion for summary judgment [Court File #12] is GRANTED;  and the final decision of the defendant Secretary is AFFIRMED.

**E N T E R :**

　　　　　　　　　　　　　　　　　　　　　*s/  James H. Jarvis*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE